NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA KENNEDY, AS NEXT FRIEND FOR, MICHAEL DAN KENNEDY,**
*Petitioners-Appellants,*

**v.**

**SECRETARY OF HEALH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2011-5106

---

Appeal from the United States Court of Federal Claims in Case No. 90-VV-1009, Judge Francis M. Allegra.

---

**JUDGMENT**

---

ANDREW D. DOWNING, Rhodes, Hieronymus, Jones, Tucker & Gable, of Tulsa, Oklahoma, argued for petitioners-appellants.

MICHAEL P. MILMOE, Senior Trial Counsel, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief TONY WEST, Assistant Attorney General, MARK W. ROGERS, Acting Director, VINCENT J. MATANOSKI, Acting Deputy Director, and CATHARINE E. REEVES, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2012              /s/ Jan Horbaly
Date                          Jan Horbaly
                              Clerk